# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

William Clements, on behalf of himself and all other similarly situated),

Plaintiff(s),

v.

Gunnar Optiks LLC,

Defendant(s).

Case No. 22-cv-4634
Judge Sara L. Ellis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other:
Because Clements has failed to state an actionable claim, the Court grants Gunnar's motion to dismiss and dismisses Clements' complaint with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Sara L. Ellis on motion to dismiss.

Date: 4/24/2025

Thomas G. Bruton, Clerk of Court

/s/Rhonda Johnson, Deputy Clerk